Case 2:13-cv-01684-SRC-CLW Document 2 Filed 03/21/13 Page 2 of 2 PageID: 19

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE APRIL 3, 2013 |
| NAME OF SERVER *(PRINT)* KEVIN VORHIS | TITLE ATTORNEY ADMITTED IN NEW JERSEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: CINDY

☐ Returned unexecuted: ______

☒ Other (specify): SUBSTITUTED SERVICE ON MENG WANG AT 271 MILLBURN AVE, MILLBURN NJ 07041 BY LEAVING SUMMONS & COMPLAINT AT DEFENDANT'S PLACE OF BUSINESS

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50.00 | $150.00 | $200.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 3, 2013
Date

[signature]
*Signature of Server*

110 GREEN ST. BROOKLYN, NY 11222
*Address of Server*