UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
KANG WEY LOOI,                          :
                                        :
             Plaintiff,                 :
                                        :     Civil Action No. 13-1684 (SRC)
      v.                                :
                                        :     **ORDER**
MENG WANG and Q.J. GREEN                :
GARDEN INC. d/b/a Q.J. GREEN            :
GARDEN,                                 :
                                        :
             Defendants.                :
_____:

**CHESLER, District Judge**

    This matter having come before the Court upon the motion for default judgment brought by Plaintiff Kang Wey Looi, pursuant to Federal Rule of Civil Procedure 55(b); and

    **IT APPEARING** that the Court Ordered on April 7, 2014, that this matter be referred to Magistrate Judge Cathy L. Waldor for an evidentiary hearing to establish the amount of damages; and it further

    **APPEARING** that on December 15, 2014, Judge Waldor issued a Report and Recommendation ("R&R") on this matter, pursuant to FED. R. CIV. P. 72(b), L. CIV. R. 72.1(a)(2), and 28 U.S.C. § 636(b)(1)(B); and it further

    **APPEARING** that, within 10 days of service of the magistrate judge's recommended disposition, any party to the action may file specific objections, stated in writing, to the magistrate judge's proposed findings and recommendations;[1] and it further

---

[1] 28 U.S.C. § 636(b)(1)(C).

**APPEARING** that a district judge must conduct a de novo review of those portions of the magistrate judge's R&R to which objection is made;[2] and it further

**APPEARING** that the time for filing objections to the R&R has expired, and no objections to the R&R have been filed; and it further

**APPEARING** that this Court has reviewed the R&R and accepts and agrees with the findings and recommendations of the R&R in whole; and good cause appearing,

**IT IS, THEREFORE**, on this 5th day of January, 2015,

**ORDERED** that Judge Waldor's December 15, 2014 R&R [Docket Entry 15] is **ADOPTED** as the Opinion of the Court; and it is further

**ORDERED** that summary judgment is **GRANTED** in favor of Plaintiff and against Defendant Q.J. Green Garden Inc. ("Q.J. Green Garden")[3]; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 55(b)(2), Judgment is hereby entered in favor of Plaintiff and against Defendant Q.J. Green Garden in the amount of $266,729.20, which reflects $256,979.20 in unpaid wages and liquidated damages as well as $9,750 in attorney's fees.

    s/ Stanley R. Chesler
Stanley R. Chesler
United States District Judge

---

[2] Id.

[3] As discussed in this Court's April 7, 2014 Order [Docket Entry 11], Plaintiff properly served a copy of the Summons and Complaint on Defendant Q.J. Green Garden, but Plaintiff failed to properly serve a copy of the Summons and Complaint on Defendant Meng Wang ("Wang").  This Court accordingly lacks authority to enter default judgment against Defendant Wang.  See Gambone v. Lite-Rock Drywall Corp., 124 F. App'x 78, 79 (3d Cir. 2005).  This Order and Judgment are only against Defendant Q.J. Green Garden.